B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>M & D Construction, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>35-2325687 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>7388 South Revere Parkway<br>Suite 803<br>Centennial, CO             ZIP Code 80112 | Street Address of Joint Debtor (No. and Street, City, and State):             ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Arapahoe | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP Code | Mailing Address of Joint Debtor (if different from street address):            ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | M & D Construction, LLC |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) — Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
M & D Construction, LLC

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X /s/ Lee M. Kutner
Signature of Attorney for Debtor(s)

**Lee M. Kutner 10966**
Printed Name of Attorney for Debtor(s)

**Kutner Brinen Garber, P.C.**
Firm Name
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Address

303-832-2400  Fax: 303-832-1510
Telephone Number

3-27-15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Brian Hall
Signature of Authorized Individual

**Brian Hall**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

3/27/2015
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
**District of Colorado**

In re: M & D Construction, LLC
Debtor(s)

Case No. _____
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 3/27/2015

_____
Brian Hall/Manager
Signer/Title

MDCONSTRUCT 03/06/2014 7:24 PM

| Form **1065** | | U.S. Return of Partnership Income | | OMB No. 1545-0099 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2013, or tax year beginning ............., ending ............. ♦ Information about Form 1065 and its separate instructions is at www.irs.gov/form1065. | | **2013** |

| A | Principal business activity | Type or Print | Name of partnership | D | Employer identification number |
|---|---|---|---|---|---|
| | Construction | | M&D CONSTRUCTION, LLC | | 35-2325687 |
| B | Principal product or service | | Number, street, and room or suite no. If a P.O. box, see the instructions. | E | Date business started |
| | Subcontract | | 7388 S. Revere Pkwy, Ste. 803 | | 02/11/2008 |
| C | Business code number | | City or town, state or province, country, and ZIP or foreign postal code | F | Total assets (see the instructions) |
| | 236200 | | Centennial    CO 80112 | | $ 211,378 |

G Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
(6) ☐ Technical termination - also check (1) or (2)
H Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ♦ ...........
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ♦ .......... 2
J Check if Schedules C and M-3 are attached ............ ☐

Caution. Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 5,481,505 | |
| | b | Returns and allowances | 1b | | |
| | c | Balance. Subtract line 1b from line 1a | | | 1c  5,481,505 |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2  4,702,092 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3  779,413 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | 4 |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 6 |
| | 7 | Other income (loss) (attach statement) | | | 7 |
| | 8 | Total income (loss). Combine lines 3 through 7 | | | 8  779,413 |
| Deductions (see the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9  173,342 |
| | 10 | Guaranteed payments to partners | | | 10  95,376 |
| | 11 | Repairs and maintenance | | | 11  1,069 |
| | 12 | Bad debts | | | 12 |
| | 13 | Rent | | | 13  31,139 |
| | 14 | Taxes and licenses | | | 14  284,051 |
| | 15 | Interest           See Statement 1 | | | 15  20,086 |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | 5,566 | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 1,071 | 16c  4,495 |
| | 17 | Depletion (Do not deduct oil and gas depletion.) | | | 17 |
| | 18 | Retirement plans, etc. | | | 18  8,553 |
| | 19 | Employee benefit programs | | | 19  27,979 |
| | 20 | Other deductions (attach statement)        See Statement 2 | | | 20  226,760 |
| | 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | | 21  872,850 |
| | 22 | Ordinary business income (loss). Subtract line 21 from line 8 | | | 22  -93,437 |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member manager     Date ▶

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | William A. Hughes, CPA | William A. Hughes, CPA | 03/06/14 | | P00287687 |
| | Firm's name ♦ Hughes Wedgwood & Company, LLC | | | Firm's EIN ♦ | 84-1523785 |
| | Firm's address ♦ 789 Sherman St # 575  Denver, CO   80203-3596 | | | Phone no. | 303-318-0115 |

For Paperwork Reduction Act Notice, see separate instructions.                                        Form **1065** (2013)

DAA

*Client Copy* (watermark)

MDCONSTRUCT 03/06/2014 7:24 PM

Form 1065 (2013) M&D CONSTRUCTION, LLC     35-2325687     Page 2

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | ☐ Domestic general partnership    b ☐ Domestic limited partnership | | |
| c | ☒ Domestic limited liability company    d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership    f ☐ Other ◆ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 6 | Does the partnership satisfy all four of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 10 | At any time during calendar year 2013, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR) (formerly TD F 90-22.1). If "Yes," enter the name of the foreign country. ◆ | | X |

Form **1065** (2013)

DAA

Form 1065 (2013)  M&D CONSTRUCTION, LLC        35-2325687                    Page 3

### Schedule B   Other Information (continued)

| | | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly-owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ◆ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ◆ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ◆ | | |
| 18a | Did you make any payments in 2013 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ◆   0 | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ◆   0 | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | Brian Hall | Identifying number of TMP ▶ | |
|---|---|---|---|
| If the TMP is an entity, name of TMP representative ▶ | | Phone number of TMP ▶ | |
| Address of designated TMP ▶ | 582 Southpark Road<br>Highlands Ranch    CO 80126 | | |

Form **1065** (2013)

DAA

MDCONSTRUCT 03/06/2014 7:24 PM

Form 1065 (2013)  **M&D CONSTRUCTION, LLC**                           35-2325687                                    Page 4

### Schedule K — Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---:|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | -93,437 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | |
| | 3a | Other gross rental income (loss) ........ 3a | |
| | b | Expenses from other rental activities (attach statement) ...... 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | |
| | 4 | Guaranteed payments | 95,376 |
| | 5 | Interest income | |
| | 6 | Dividends: a Ordinary dividends | |
| | | b Qualified dividends ........ 6b | |
| | 7 | Royalties | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| | b | Collectibles (28%) gain (loss) ........ 9b | |
| | c | Unrecaptured section 1250 gain (attach statement) ........ 9c | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | |
| | 11 | Other income (loss) (see instructions) Type ◆ | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | |
| | 13a | Contributions                         See Statement 3 | 450 |
| | b | Investment interest expense | |
| | c | Section 59(e)(2) expenditures: | |
| | | (1) Type ◆                              (2) Amount ◆ | |
| | d | Other deductions (see instructions) Type ◆  See Statement 4,5 | 11,376 |
| **Self-Employment** | 14a | Net earnings (loss) from self-employment | 95,376 |
| | b | Gross farming or fishing income | |
| | c | Gross nonfarm income | |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | |
| | b | Low-income housing credit (other) | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | |
| | d | Other rental real estate credits (see instructions)       Type ◆ | |
| | e | Other rental credits (see instructions)                   Type ◆ | |
| | f | Other credits (see instructions)                          Type ◆ | |
| **Foreign Transactions** | 16a | Name of country or U.S. possession ◆ | |
| | b | Gross income from all sources | |
| | c | Gross income sourced at partner level | |
| | | Foreign gross income sourced at partnership level | |
| | d | Passive category ◆    e General category ◆       f Other ◆ | |
| | | Deductions allocated and apportioned at partner level | |
| | g | Interest expense ◆             h Other                       ◆ | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | |
| | i | Passive category ◆    j General category ◆       k Other ◆ | |
| | l | Total foreign taxes (check one): ◆ Paid ☐  Accrued ☐ | |
| | m | Reduction in taxes available for credit (attach statement) | |
| | n | Other foreign tax information (attach statement) | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | 86 |
| | b | Adjusted gain or loss | |
| | c | Depletion (other than oil and gas) | |
| | d | Oil, gas, and geothermal properties — gross income | |
| | e | Oil, gas, and geothermal properties — deductions | |
| | f | Other AMT items (attach statement)          See Statement 6 | 557,476 |
| **Other Information** | 18a | Tax-exempt interest income | |
| | b | Other tax-exempt income | |
| | c | Nondeductible expenses                       See Statement 7 | 794 |
| | 19a | Distributions of cash and marketable securities | 2,009 |
| | b | Distributions of other property | |
| | 20a | Investment income | |
| | b | Investment expenses | |
| | c | Other items and amounts (attach statement) | |

Form **1065** (2013)

DAA

MDCONSTRUCT 03/06/2014 7:24 PM

Form 1065 (2013) **M&D CONSTRUCTION, LLC** 35-2325687 Page 5

## Analysis of Net Income (Loss)

1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l ... | 1 | -9,887

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | -9,887 | | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 196,474 | | 114,084 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) See Stmt 8 | | 100 | | 160 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 323,117 | | 323,117 | |
| b | Less accumulated depreciation | 220,421 | 102,696 | 225,983 | 97,134 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 299,270 | | 211,378 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities See Stmt 9 (attach statement) | | 511,784 | | 490,582 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | -212,514 | | -279,204 |
| 22 | Total liabilities and capital | | 299,270 | | 211,378 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| 1 | Net income (loss) per books | -94,681 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | 84,000 | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | | | |
| b | Travel and entertainment $ 623 See Statement 10 171 | 794 | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -9,887 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -9,887 |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year | -212,514 | 6 | Distributions: a Cash | 2,009 |
|---|---|---|---|---|---|
| 2 | Capital contributed: a Cash | 30,000 | | b Property | |
| | b Property | | | | |
| 3 | Net income (loss) per books | -94,681 | 7 | Other decreases (itemize): | |
| 4 | Other increases (itemize): | | | | |
| | | | 8 | Add lines 6 and 7 | 2,009 |
| 5 | Add lines 1 through 4 | -277,195 | 9 | Balance at end of year. Subtract line 8 from line 5 | -279,204 |

DAA Form **1065** (2013)

9:30 AM
03/31/15
Accrual Basis

# M & D Construction, LLC
## Balance Sheet
### As of March 31, 2015

|  | Mar 31, 15 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10011 · Payroll II | -125,652.64 |
| 10001 · Operating | 352,877.54 |
| 10005 · Disbursements | -142,024.94 |
| **Total Checking/Savings** | 85,199.96 |
| | |
| **Accounts Receivable** | |
| 11001 · Accounts Receivable | 785,023.48 |
| **Total Accounts Receivable** | 785,023.48 |
| | |
| **Other Current Assets** | |
| 12006 · Prepaid - Other | 20,000.00 |
| 11002 · Retention Receivable | 437,551.39 |
| 12001 · Cost & Prof in Excess of Bill | 147,560.00 |
| 12005 · Prepaid Insurance | 20,709.02 |
| **Total Other Current Assets** | 625,820.41 |
| | |
| **Total Current Assets** | 1,496,043.85 |
| | |
| **Fixed Assets** | |
| 15001 · Fixed Asset - Vehicles | 59,750.00 |
| 15002 · Fixed Assets - Constr Equip | 112,314.49 |
| 15003 · Fixed Assets - Furn & Fixture | 16,067.56 |
| 15004 · Fixed Asset - Office Equipment | 36,528.21 |
| 15005 · Fixed Asset - Leasehold Improv | 105,259.96 |
| 15900 · Accumlated Depreciation | -255,500.16 |
| **Total Fixed Assets** | 74,420.06 |
| | |
| **TOTAL ASSETS** | 1,570,463.91 |

9:30 AM
03/31/15
Accrual Basis

# M & D Construction, LLC
## Balance Sheet
### As of March 31, 2015

|  | Mar 31, 15 |
|---|---:|
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         20001 · Accounts Payable | 423,768.47 |
|       Total Accounts Payable | 423,768.47 |
|       Credit Cards | |
|         22016 · UMB Visa Cards | 12,786.63 |
|       Total Credit Cards | 12,786.63 |
|       Other Current Liabilities | |
|         21010 · Line of Credit | 740,000.00 |
|         21007 · DEN Head Tax Payable | 529.00 |
|         21002 · CO SUTA Payable | 5,814.92 |
|         21003 · Federal 940's Payable | 1,644.60 |
|         21022 · Health Ins Payable | 331.40 |
|         22001 · Bill in Excess of Cost & Prof | 256,454.00 |
|       Total Other Current Liabilities | 1,004,773.92 |
|     Total Current Liabilities | 1,441,329.02 |
|   Total Liabilities | 1,441,329.02 |
|   Equity | |
|     30000 · Capital | |
|   Total Equity | 129,134.89 |
| **TOTAL LIABILITIES & EQUITY** | 1,570,463.91 |

9:42 AM
03/31/15
Accrual Basis

# M & D Construction, LLC
## Profit & Loss
### January through March 2015

| | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Billings | 716,640.64 |
| 49900 · Reclassify Me | |
| Over/ Under Billed | (73,265.00) |
| **Total Income** | **643,375.64** |
| **Cost of Goods Sold** | |
| Labor | 371,155.88 |
| Materials | 177,698.08 |
| Other Job Costs | 48,684.99 |
| **Total COGS** | **597,538.95** |
| **Gross Profit** | **45,836.69** |
| **Expense** | |
| Selling Expense | 26,232.94 |
| Employee Benefits | 24,304.93 |
| Admin Payroll | 17,977.96 |
| Occupancy | 10,829.96 |
| Bank Service Charges | 8,067.74 |
| Insurance | 6,971.97 |
| Depreciation | 5,475.00 |
| Professional Services | 4,611.25 |
| Vehicle & Equipt | 4,321.12 |
| Communications | 3,012.53 |
| Admin Expense | 1,190.42 |
| **Total Expense** | **112,995.82** |
| **Net Ordinary Income** | **(67,159.13)** |
| **Net Income** | **(67,159.13)** |

10:14 AM
03/31/15

# M & D Construction, LLC
## Statement of Cash Flows
January through March 2015

|  | Jan - Mar 15 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | (67,159.13) |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 11001 · Accounts Receivable | (157,238.64) |
| 12006 · Prepaid - Other | (20,000.00) |
| 11002 · Retention Receivable | 277,203.36 |
| 12001 · Cost & Prof in Excess of Bill | 9,626.00 |
| 12005 · Prepaid Insurance | (16,747.40) |
| 20001 · Accounts Payable | (109,325.60) |
| 22016 · UMB Visa Cards | 4,755.07 |
| 21007 · DEN Head Tax Payable | 333.68 |
| 21002 · CO SUTA Payable | 3,693.34 |
| 21003 · Federal 940's Payable | 1,406.04 |
| 22001 · Bill in Excess of Cost & Prof | 63,639.00 |
| **Net cash provided by Operating Activities** | (9,814.28) |
| **INVESTING ACTIVITIES** | |
| 15900 · Accumlated Depreciation | 5,475.00 |
| **Net cash provided by Investing Activities** | 5,475.00 |
| **FINANCING ACTIVITIES** | |
| 30000 · Capital:30010 · Capital - Hall | 2,000.00 |
| **Net cash provided by Financing Activities** | 2,000.00 |
| Net cash increase for period | (2,339.28) |
| Cash at beginning of period | 87,539.24 |
| **Cash at end of period** | **85,199.96** |