B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re   M & D Construction, LLC
                         Debtor(s)

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Matco<br>4850 Lima Street<br>Denver, CO 80239 | Matco<br>4850 Lima Street<br>Denver, CO 80239 | Subcontractor UCD | | 66,932.20 |
| Arapahoe County Treasurer<br>5334 South Prince Street<br>Littleton, CO 80120-1136 | Arapahoe County Treasurer<br>5334 South Prince Street<br>Littleton, CO 80120-1136 | Personal Property Taxes | | 1,359.27 |
| UMB Bank, N.A.<br>Loan Payment Processing<br>P.O. Box 878454<br>Kansas City, MO 64187-8454 | UMB Bank, N.A.<br>Loan Payment Processing<br>P.O. Box 878454<br>Kansas City, MO 64187-8454 | Credit Cards | | 1,260.12 |
| Frontier Mechanical, Inc.<br>3800 South Federal Blvd.<br>Sheridan, CO 80110 | Frontier Mechanical, Inc.<br>3800 South Federal Blvd.<br>Sheridan, CO 80110 | | | 1,190.00 |
| Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477 | Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477 | Utilities | | 263.46 |
| United Reprographics, Inc.<br>P.O. Box 5143<br>Englewood, CO 80155 | United Reprographics, Inc.<br>P.O. Box 5143<br>Englewood, CO 80155 | Copier Lease | | 124.00 |

B4 (Official Form 4) (12/07) - Cont.

In re     M & D Construction, LLC                                    Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date     3/31/15                         Signature     _____
                                                                Brian Hall
                                                                **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.